UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ELIE C. JONES,<br><br>        Plaintiff,<br><br>v.<br><br>EPIC CAR AND TRUCK RENTAL & SALES,<br><br>        Defendant. | Civil Action No. 09-5419 (SDW)(MCA)<br><br>**ORDER**<br><br>July 19, 2010 |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo, filed on July 2, 2010, regarding corporate defendant Epic Car and Truck Rental & Sales ("Epic")'s failure to obtain corporate counsel. In the R&R, Magistrate Judge Arleo considers the arguments made by the parties and recommends that this Court strike Epic's Answer; allow an entry of default against it; and allow plaintiff Elie C. Jones ("Plaintiff") to proceed to judgment by default. No objection to the R&R was filed.

The Court has reviewed the R&R and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

It is hereby **ORDERED** that the R&R of Magistrate Judge Arleo, filed on July 2, 2010, is **ADOPTED** as the conclusions of law of this Court; and it is further

**ORDERED** that Epic's Answer (Docket entry no. 6) is stricken; and it is further

**ORDERED** that Plaintiff be allowed to obtain an entry of default against Epic and proceed to judgment against it.

                                                                           s/Susan D. Wigenton, U.S.D.J.

cc:    Magistrate Judge Madeline C. Arleo